# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOSE REYES-RIVERA,

    Petitioner,

v.                                 CASE NO. 4:18cv223-RH/CAS

JEFF SESSIONS et al.,

    Respondent.

_____/

## ORDER DENYING § 2241 PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 13, the objections, ECF No. 14, and the response to the objections, ECF No. 15. I have reviewed de novo the issues raised by the objections. This order accepts the report and recommendation, adopts it as the court's opinion, and denies the § 2241 motion.

In the objections, the petitioner asserts that he has cooperated and is willing to continue to cooperate with immigration authorities in their effort to remove him. But the assertions are unsworn and, more importantly, do not address the specifics of the government's evidence of earlier failures to cooperate. Denial of this petition

does not preclude the petitioner from filing a new petition if, despite his full cooperation, his removal does not occur and is not reasonably foreseeable.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petitioner's motion for relief under 28 U.S.C. § 2241 is denied." The clerk must close the file.

SO ORDERED on November 10, 2018.

s/Robert L. Hinkle<br>
United States District Judge